IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRELL MICKLES, #11733-003,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 16-0369-CG-B** |
| | ) | |
| **JUDGE WILLIAM STEELE, <u>et</u> <u>al</u>.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant

to the issues raised, and there having been no objection filed, the Recommendation

of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the

opinion of this Court.

**DONE and ORDERED** this 22nd day of November, 2016.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE